```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
OBJECTIVE SOLUTIONS INTERNATIONAL,   :
LTD.,                                :
                                     :   07 Civ. 2347 (JSR)
            Plaintiff,               :
                                     :          ORDER
       -v-                           :
                                     :
MARC GAMMON, ANTHONY McGOWAN, PETER  :
WHALEN, and PINNACLE SOURCE, LLC,    :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

    Plaintiff's counsel has requested an additional two weeks (beyond the 30 days set in the Court's Order dated March 25, 2008) within which to execute the formal settlement agreement and stipulations of dismissal in this case. With some reluctance, that application is granted, and, as a consequence, the time within which any party can move to reopen the case is hereby extended for an additional 14 days, until May 9, 2008. However, there will be no further adjournments for any reason whatsoever, and counsel are reminded that, as per the March 25, 2008 Order, in the event the case is reopened, <u>trial will commence no later than one week following such reopening</u>.

    SO ORDERED.

                                                                 _____
                                                                 JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 23, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-24-08]