*Rakoff, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
OBJECTIVE SOLUTIONS
INTERNATIONAL, LTD.,

                 Plaintiff,

    -against-

MARC GAMMON, ANTHONY
MCGOWAN, PETER WHALEN, and
PINNACLE SOURCE, LLC,

                 Defendants.
-------------------------------------------------------x

Case No. 07 CV 2347 (JSR)

**JUDGMENT**

Upon reading and filing the annexed Affidavits of Confession of Judgment of defendants Marc Gammon, Anthony McGowan, Peter Whalen, and Peter Whalen as managing member of defendant Pinnacle Source, LLC, each sworn to on May 8, 2008, and on motion of Tarter Krinsky & Drogin LLP, attorneys for Plaintiff, it is

ORDERED, ADJUDGED AND DECREED, that Plaintiff Objective Solutions International, Ltd., with offices at 500 Fifth Avenue, Suites 1820 and 1825, New York, New York 10110, recover of defendant Marc Gammon, residing at 60 Erie Street, Apt 301, Jersey City, New Jersey 07302, and defendant Anthony McGowan, residing at 223 Libery Avenue, Jersey City, New Jersey 07306, defendant Peter Whalen, residing at 210 West 70th Street, Apt. 315, New York, New York 10023, and defendant Pinnacle Source

{Client\001975\EM410\00147899.DOC;1}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-08

LLC, with offices at 60 East 42nd Street, Suite 3109, New York, New York 10017, the principal sum of $280,000.00 and that Plaintiff have execution therefor.

Dated: New York, New York
August 13, 2008

_____
U.S.D.J.

This document was entered on
the docket on _____, 2008

{Client\001975\EM410\00147899.DOC;1}